(Pleito No. 146.—Fallado el 14 de Septiembre de 1901.)

## Martínez contra El Registrador de la Propiedad.

## Solicitud de un *Mandamus.*

Inscripción.    Para inscribir ó anotar los títulos en que se transfiera ó grave el dominio ó la posesión de bienes inmuebles ó derechos reales, deberá constar previamente inscrito ó anotado el derecho de la persona que otorgue, ó en cuyo nombre se haga la transmisión ó gravamen y que en el caso de resultar inscrito aquel derecho á favor de persona distinta de la que otorgue la transmisión ó gravamen, los registradores denegarán la inscripción solicitada.

### AUTO.

Puerto Rico, Setiembre catorce de mil novecientos uno.— Visto el presente recurso gubernativo interpuesto por Don José Martínez y Balasquide contra la negativa del Registrador de la Propiedad sustituto de esta Capital á inscribir una escritura de venta de dos partes de casas.—Resultando: Que en veinte y ocho de Marzo de mil ochocientos noventa y cinco Don Ramón Balasquide y Méndez, propietario y vecino de esta Capital, otorgó testamento nuncupativo ante el Notario de la misma Don Mauricio Guerra Mondragón y Mejías, en cuya cláusula 4ª declaró hallarse casado según ritos de nuestra Santa Madre Iglesia con Doña Cesárea Gómez, en cuyo matrimonio habían procreado cuatro hijos nombrados Doña Enriqueta, Don Antonio, Doña Rosario y Don Ramón Balasquide y Gómez, los tres primeros mayores de edad y el último menor, de los cuales las Doña Enriqueta y Doña Rosario se encontraban incapacitadas; ordenó por la 6ª que en atención al estado de incapacidad en que se hallaban sus mencionadas hijas Doña Enriqueta y Doña Rosario, les nombraba de protutor á Don José Martínez Ba-

lasquide, sobrino carnal del otorgante, para que se hiciera cargo de las referidas incapacitadas, así como de los bienes que las correspondieran por su herencia, atendiendo con sus productos á sus alimentos, asistencia y demás necesidades, relevándole de fianzas y consignándole frutos por alimentos; por la décima tercera, que era su voluntad, á fin de que en ningún tiempo pudiera entenderse que sus hijas incapacitadas, Doña Rosario y Doña Enriqueta Balasquide y Gómez, fallecieran intestadas, que en el caso de que ocurriera el óbito de ellas en ese estado desgraciado de incapacidad y sin sucesión pasaran los bienes que les correspondieran, la mitad á su madre Doña Cesárea Gómez y la otra mitad á Don José Martínez Balasquide, protutor nombrado de las mismas, ó á los sucesores de éste; por la 14ª nombró por sus albaceas en primer lugar á su esposa Doña Cesárea Gómez, en segundo á Don José Martínez Balasquide y en tercero á Don José Caldas, á los tres juntos y á cada uno de por sí, señalándose el término de un año para el arreglo de su testamentaría que se haría extrajudicialmente, pues prohibía toda otra intervención; por la 15ª ordenó que lo que pudiera tocar á sus hijas incapacitadas se les adjudicara en fincas urbanas en esta Capital, y finalmente por la 16ª instituyó por sus únicos y universales herederos á sus hijos Doña Enriqueta, Don Antonio, Doña Rosario y Don Ramón Balasquide y Gómez por partes iguales—Resultando: Que ocurrido el fallecimiento de Don Ramón Balasquide, se practicó la divisoria de sus bienes, adjudicándosele á la heredera Doña Rosario en pago de su haber hereditario, montante á la suma de diez y seis mil novecientos noventa y seis pesos noventa y un centavos, la mitad del valor de una casa de altos y bajos de mampostería y azotea con su solar marcado con el número 12 del Gobierno, radicado en el barrio de la Marina de esta Capital valorada dicha mitad de casa en la suma de diez mil pesos y en parte del valor de la casa de altos y bajos de mampostería y azotea radicada en la calle de la Fortaleza de esta Ciudad, marcada con el número 23 moderno, en la

suma de seis mil novecientos noventa y seis pesos noventa y un centavos, cuyas adjudicaciones fueron inscritas en el Registro de la Propiedad de esta Capital á los folios 114 y 232, tomos 35 y 15 de esta Ciudad, respectivamente.—Resultando: Que Doña Rosario Balasquide falleció en el pueblo de Aguas Buenas en veinte y cinco de Agosto de mil ochocientos noventa y seis, y en diez y siete de Febrero de mil ochocientos noventa y nueve, por escritura otorgada ante el mismo Notario Don Mauricio Guerra Mondragón y Mejías, Don José Martínez y Balasquide, como heredero sustituto de la expresada Doña Rosario, que había muerto incapacitada en estado de soltería y sin dejar sucesores naturales, vendió á Doña Cesárea Gómez la mitad de las participaciones que á la difunta Doña Rosario correspondían en las dos casas de referencia, en precio y cantidad de ocho mil cuatrocientos noventa y ocho pesos cuarenta y cinco centavos, moneda corriente en aquella fecha, que el vendedor confesó recibidos con anterioridad á toda su satisfacción, y que presentada dicha escritura en el Registro de la Propiedad de esta Capital para su inscripción, le fué denegada por el Registrador, según nota puesta por él mismo al pie de la referida escritura, en razón á que, según el Registro, el enajenante Don José Martínez Balasquide no resulta legalmente facultado para hacer trasmisión alguna con el carácter de heredero sustituto de la incapacitada Doña Rosario Balasquide y Gómez, por no haberse reconocido validez en las inscripciones de las fincas, cuyas participaciones se enajenan, obrantes á folios 114 y 232, tomos 35 y 15 de esta Ciudad, respectivamente, á la cláusula 13ª del testamento que otorgó Don Rafael Balasquide y Méndez, en veinte y ocho de Marzo de mil ochocientos noventa y cinco, ante el Notario Don Mauricio Guerra, como opuesta abiertamente al precepto del artículo 813 del Código Civil, en cuanto contiene sustitución sobre la porción legítima de un heredero forzoso; lo que constituye un defecto insubsanable, además del de igual índole, de que también adolece el título de no haberse hecho

declaratoria alguna legal del estado de enajenación de la predicha Doña Rosario Balasquide y Gómez.—Resultando: Que notificada la precedente nota al presentante de la escritura, manifestó su inconformidad con la negativa del Registrador, y suplicó se remitiese á este Tribunal Supremo, á los efectos procedentes, como así lo verificó aquel funcionario con la correspondiente comunicación.—Considerando: Que es precepto general consignado en el artículo 20 de la Ley Hipotecaria vigente en esta Isla, que para inscribir ó anotar los títulos en que se transfiera ó grave el dominio ó la posesión de bienes inmuebles ó derechos reales, deberá constar previamente inscrito ó anotado el derecho de la persona que otorgue ó en cuyo nombre se haga la trasmisión ó gravamen, y que en el caso de resultar inscrito aquel derecho á favor de persona distinta de la que otorgue la trasmisión ó gravamen, los Registradores denegarán la inscripción solicitada.—Considerando: Que careciendo el vendedor Don José Balasquide de título inscrito sobre las dos participaciones de que se trata por los motivos expresados por el Registrador en su nota; y apareciendo, por el contrario, inscritas á favor de Doña Rosario Balasquide y Gómez, persona distinta de la del vendedor, se impone la aplicación del precepto contenido en el artículo citado de la Ley Hipotecaria vigente, prohibitivo de la inscripción que se interesa.—Vistas las disposiciones legales citadas.—Se confirma la nota puesta por el Registrador de la Propiedad sustituto de esta Capital, al pie de la escritura de venta de que se trata y por la que se deniega la inscripción de dicho documento en el Registro de la Propiedad; y devuélvase la escritura presentada al Registrador de la Propiedad, con copia certificada de la presente resolución, que se publicará en la *Gaceta Oficial*, para su conocimiento y el de los interesados, y á los demás efectos que procedan.—Así lo acordaron y firman los señores del Tribunal, de que certifico.

José S. Quiñones.—José C. Hernández.—Louis Sulzbacher.—Eugenio Alvarez, *Secretario sustituto*.